UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 03 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00236 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JAQUILE RACY | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about April 26, 2021, the defendant,

JAQUILE RACY,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Theft by Receiving – Firearm Value $2500, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-16-190-5.

B. On or about April 26, 2021, in the Eastern District of Arkansas, the defendant,

JAQUILE RACY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Romarm/Cugir Micro Draco pistol, bearing serial number PMD-19826-20, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JAQUILE RACY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense,

including, but not limited to, the following specific property: a Romarm/Cugir Micro Draco pistol, bearing serial number PMD-19826-20.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]